DAUBENSPECK ET AL. *v.* CITY OF LIGONIER.

[No. 19,434. Filed June 11, 1962. Rehearing denied July 12, 1962. Transfer denied June 20, 1963. Rehearing on petition to transfer denied February 5, 1964.]

21

*Vernon, Hartzog, Barker & Hepler,* of Goshen, for appellants.

*John C. Hagen,* of Ligonier, for appellee.

*John J. Davie,* of LaPorte, *Albert Ewbank* and *Frank Spencer,* both of Indianapolis, amicus curiae.

PETITION TO TRANSFER

JACKSON, J.—The petition to transfer is denied. By denying transfer herein we do not thereby approve of all the language of the Appellate Court opinion.

Arterburn, Landis and Achor, JJ., concur. Myers, C. J., not participating.

NOTE.—Reported in 191 N. E. 2d 100.